**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| **ARMSTRONG DIAMONDS, LLC** | § | |
|     **DEBTOR** | § | **BANKRUPTCY CASE NO. 24-31338** |

## STATEMENT PURSUANT TO 11 USC § 1116(1)(b)

I, Lynne Armstrong, and, pursuant to 28 U.S.C. § 1746 and 11 U.S.C. § 1116(1)(b), state as follows:

1. "I am the Owner of Armstrong Diamonds, LLC, the Debtor and Debtor-in-Possession ("Debtor"). I am familiar with the Debtor's day-to-day operations, business affairs, books and records.

2. Debtor has never maintained and has not prepared a statement of operations.

    I declare under penalty of perjury that the foregoing is true and correct. Executed on this 6th day of May, 2024."

 

Armstrong Diamonds, LLC

By: /s/Lynne Armstrong
Lynne Armstrong
Owner